United States District Court
Southern District of Texas
**ENTERED**
January 23, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FRANCISCO GARCIA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-00198 |
| | § | |
| PRIMORIS SERVICES CORPORATION, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

On May 11, 2016, this Court entered its Order (D.E. 58) approving the settlement and dismissal of this action. In that Order, the Court retained jurisdiction to enforce performance of the obligations of the settlement, pending a joint motion to dismiss. More than eight months have passed and no motion to dismiss has been filed. The Court ORDERS the parties to appear and show cause on **February 22, 2017 at 9:00 a.m.** why this action should not be dismissed with a final judgment.

ORDERED this 23rd day of January, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE